IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

GARRICK LOTT                                                                                    PLAINTIFF

v.                                                                                    No. 4:07CV160-M-A

MISSISSIPPI STATE PENITENTIARY                                                         DEFENDANT

## MEMORANDUM OPINION

This matter comes before the court on the *pro se* prisoner complaint of Garrison Lott, who challenges the conditions of his confinement under 42 U.S.C. § 1983. For the purposes of the Prison Litigation Reform Act, the court notes that the plaintiff was incarcerated when he filed this suit. For the reasons set forth below, the instant case shall be dismissed for failure to state a claim upon which relief could be granted.

### Factual Allegations

The plaintiff alleges that he has been denied placement in the Intensive Supervision Program and various privileges because he has been classified erroneously.

### Classification

Inmates have neither a protectable property or liberty interest to any particular housing assignment or custodial classification, either under the United States Constitution or under Mississippi law. *Hewitt v. Helms*, 450 U.S. 460, 468 (1983); *Meachum v. Fano*, 427 U.S. 215, 224 (1976); *Neals v. Norwood*, 59 F.3d 530, 533 (5th Cir. 1995); Wilson v. Budney, 976 F.2d 957, 958 (5th Cir. 1992); *McCord v. Maggio*, 910 F.2d 1248, 1250 (5th Cir. 1990) (citations omitted); Miss. Code Ann. §§ 47-5-99 to -103 (1993). Prisoner classification is a matter squarely within the "broad discretion" of prison officials, "free from judicial intervention" except in

extreme circumstances. *McCord*, 910 F.2d at 1250 (citations omitted). In this case, the plaintiff simply alleges that he has been improperly classified. The plaintiff has not alleged and extreme circumstances sufficient to warrant judicial intervention.

As such, the instant case shall be dismissed for failure to state a claim upon which relief could be granted. A final judgment consistent with this memorandum opinion shall issue today.

**SO ORDERED,** this the 17th day of October, 2007.


                     **/s/ Michael P. Mills**
                     **CHIEF JUDGE**
                     **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF MISSISSIPPI**